**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| NATIONWIDE MUTUAL INS. CO., | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL NO. 13-cv-12910-PBS |
| v. | ) | CIVIL NO. 14-cv-12046-PBS |
| | ) | |
| LIBERTY MUTUAL INS. CO., | ) | |
| Defendants. | ) | |

**ORDER**

November 6, 2014

Saris, Chief Judge.

In the context of a reinsurance dispute between Nationwide Mutual Insurance Company and National Casualty Company (collectively, "Nationwide") and Liberty Mutual Insurance Company ("Liberty"), the Court granted a motion by Nationwide to compel arbitration. The parties have indicated that they are unable to agree upon an umpire to lead the new arbitration panel, and, accordingly, have each submitted several candidates for the Court's consideration. 13-cv-12910, Docket Nos. 39, 40.

By November 11, 2014, both Nationwide and Liberty shall identify whichever single umpire, from among those already proposed by the opposing party, it deems least objectionable. They shall also submit any provisions in the treaty governing the selection of the umpire. The Court will then select one of these

two final candidates to serve as umpire in the upcoming arbitration.

                                        /s/ PATTI B. SARIS
                                        Patti B. Saris
                                        Chief United States District Judge